IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02647-RPM

JOHN HART,

    Plaintiff,

v.

COLORADO KENWORTH INC, dba MHC KENWORTH - GREELEY,

    Defendant.

---

ORDER DISCHARGING ORDER TO SHOW CAUSE

---

Upon consideration of the response to the Court's Order to Show Cause [7] filed on January 14, 2015, it is

ORDERED that this Court's Order to Show Cause entered on January 7, 2015, is discharged.

DATED: January 15th, 2015

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge