IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02647-RPM

JOHN HART,

    Plaintiff,

v.

COLORADO KENWORTH INC, dba MHC KENWORTH - GREELEY,

    Defendant.

---

## ORDER SETTING ASIDE DEFAULT

On January 21, 2015, the Clerk entered a default. On January 23, 2015, the defendant filed a Motion to Set Aside Entry of Default. Good cause has been shown. Accordingly, it is now

ORDERED that the entry of default of January 21, 2015, is set aside, the motion for default judgment [Doc. 8] is denied, and the Order of Reference to Magistrate Judge Craig B. Shaffer is vacated. It is

FURTHER ORDERED that the defendant will answer the complaint on or before February 10, 2015.

DATED:   February 2nd, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge