IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02647-RPM

JOHN HART,

    Plaintiff,

v.

COLORADO KENWORTH INC, dba MHC KENWORTH - GREELEY,

    Defendant.

---

ORDER GRANTING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

---

    Upon review of the complaint and the Plaintiff's Objection and Reply to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, it is

    ORDERED that the motion is granted.

    DATED: March 4th, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge